B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Flameout Fire Protection, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3823372** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**13959 West Illinois Highway**<br>**New Lenox, IL**<br>ZIP Code **60451** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Flameout Fire Protection, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐  Yes, and Exhibit C is attached and made a part of this petition.

  ■  No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____
           (Name of landlord that obtained judgment)

           _____
           (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                 Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Flameout Fire Protection, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ David E. Grochocinski**
Signature of Attorney for Debtor(s)

**David E. Grochocinski**
Printed Name of Attorney for Debtor(s)

**Grochocinski Grochocinski & Lloyd**
Firm Name
**1900 Ravinia Pl.**
**Orland Park, IL 60462**

_____
Address

**708-226-2700  Fax: 708-226-9030**
Telephone Number

**September 16, 2009**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Timothy K. Peterson**
Signature of Authorized Individual

**Timothy K. Peterson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 16, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Flameout Fire Protection, Inc.**                                         ,    Case No. _____
                                                    Debtor

                                                                 Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 11,200.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 8,644.35 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 346,594.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 11,200.00 | | |
| | | | Total Liabilities | 355,238.60 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Flameout Fire Protection, Inc.**_____,    Case No. _____
                                                                Debtor

                                                                Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **Flameout Fire Protection, Inc.**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Flameout Fire Protection, Inc.**                                                          ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account with Fifth Third Bank** | **-** | **1,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **five-year-old computer** | **-** | **300.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **1,300.00**
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Flameout Fire Protection, Inc.**                              ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **debtor absorbed sale proprietorship of former shareholder in 2005 (Cook County Fire Protection)** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **various** | - | 4,300.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >   **4,300.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Flameout Fire Protection, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **one 1999 Astro Van subject to lien of Pacific Financial** | - | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **office equipment, computer, and supplies (estimated value only)** | - | 3,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **fire extinguishers and various tools** | - | 800.00 |
| 30. Inventory. | | **supply of extinquishers** | - | 300.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | **5,600.00** |
| (Total of this page) | |
| Total > | **11,200.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Flameout Fire Protection, Inc.**    Case No. _____

,

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | one 1999 Astro Van subject to lien of Pacific Financial | | | | | |
| **Financial Pacific** **3455 South 344th Way, #300** **Federal Way, WA 98001-9546** | X | - | | | | | | |
| | | | Value $ 1,500.00 | | | | 8,644.35 | 7,144.35 |
| Account No. | | | Lease on 2007 Ford Escape | | | | | |
| **Ford Credit** **P. O. Box 537901** **Livonia, MI 48153-7901** | X | - | | | | | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

___0___ continuation sheets attached

Subtotal
(Total of this page) ... 8,644.35    7,144.35

Total
(Report on Summary of Schedules) ... 8,644.35    7,144.35

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Flameout Fire Protection, Inc.**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Flameout Fire Protection, Inc.**
_____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  xxxx-xxxx-xxxx-0019 <br><br> **Advanta Bank Corp** <br> **P. O. Box 8088** <br> **Philadelphia, PA 19101-8088** | X | - | open account | | | | **19,404.58** |
| Account No.  xxxxxxxxx7660 <br><br> **AT&T** <br> **P. O. Box 8100** <br> **Aurora, IL 60507-8100** | X | - | open account | | | | **267.98** |
| Account No.  xxxxxxxxx3508 <br><br> **AT&T** <br> **P. O. Box 8100** <br> **Aurora, IL 60507-8100** | X | - | open account | | | | **37.72** |
| Account No.  xxxx-xxxx-xxxx-2373 <br><br> **Bank of America** <br> **P. O. Box 15184** <br> **Wilmington, DE 19850-5184** | X | - | open account | | | | **33,626.89** |

|  |  |
|---|---|
| __6__  continuation sheets attached | Subtotal <br> (Total of this page)   **53,337.17** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           S/N:29789-090831   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Flameout Fire Protection, Inc.** _____ ,   Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxx3699** | | | | | open account | | | | |
| **Bank of America** **P. O. Box 15027** **Wilmington, DE 19850-5027** | X | - | | | | | | | |
| | | | | | | | | | 13,615.00 |
| Account No. **xxxxxxxxxx7699** | | | | | open account | | | | |
| **Bank of America** **P. O. Box 21848** **Greensboro, NC 27420-1848** | X | - | | | | | | | |
| | | | | | | | | | 22,929.42 |
| Account No. **xxxx-xxxx-xxxx-6226** | | | | | open account | | | | |
| **Bank of America** **P. O. Box 15184** **Wilmington, DE 19850-5184** | X | - | | | | | | | |
| | | | | | | | | | 9,752.17 |
| Account No. **xxxxxx9753** | | | | | open account | | | | |
| **BatteriesPlus** **16205-A South Harlem Avenue** **Tinley Park, IL 60477** | X | - | | | | | | | |
| | | | | | | | | | 235.60 |
| Account No. **xx2472** | | | | | open account | | | | |
| **Brooks Equipment** **P. O. Box 481888** **Charlotte, NC 28269** | X | - | | | | | | | |
| | | | | | | | | | 3,246.26 |

Sheet no. __1___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 49,778.45 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Flameout Fire Protection, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | open account | | | | |
| **Buckeye Fire Equipment Company Attention: Marie Matola, AR Dept. 110 Kings Road Kings Mountain, NC 28086** | X | - | | | | | | 6,375.30 |
| Account No. **xxxxxxxxxx9137** | | | | open account | | | | |
| **Capital One P. O. Box 30273 Salt Lake City, UT 84130-0273** | X | - | | | | | | 51,679.00 |
| Account No. **xxxx-xxxx-xxxx-3023** | | | | open account | | | | |
| **Capital One P. O. Box 6492 Carol Stream, IL 60197-6492** | X | - | | | | | | 47,769.41 |
| Account No. **xxxx-xxxx-xxxx-0786** | | | | open account | | | | |
| **Capital One P. O. Box 6492 Carol Stream, IL 60197-6492** | X | - | | | | | | 4,265.70 |
| Account No. **xxxx-xxxx-xxxx-6733** | | | | open account | | | | |
| **Chase Cardmember Service P. O. Box 15153 Wilmington, DE 19886-5153** | X | - | | | | | | 21,806.36 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,895.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Flameout Fire Protection, Inc.**                              ,   Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-6972** | | | | open account | | | | |
| **Citibusiness Card P. O. Box 44180 Jacksonville, FL 32231-4180** | X | - | | | | | | 14,468.41 |
| Account No. **xxxxxx6031** | | | | open account | | | | |
| **Comed P. O. Box 6111 Carol Stream, IL 60197-6111** | X | - | | | | | | 47.93 |
| Account No. **xx8234** | | | | open account | | | | |
| **Crissie Insurance Group 1700 Higgins Road, Suite 320 Des Plaines, IL 60018** | X | - | | | | | | 987.00 |
| Account No. **xxxxx-xx2365** | | | | open account | | | | |
| **Deluxe P. O. Box 88042 Chicago, IL 60680-1042** | X | - | | | | | | 180.50 |
| Account No. **xxxxx4844** | | | | open account | | | | |
| **Dex Attention: Customer Care 1615 Bluff City Highway Bristol, TN 37620** | X | - | | | | | | 76.50 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,760.34**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Flameout Fire Protection, Inc.** _____,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-6163** | | | | open account | | | | |
| **Fifth Third Bank - Customer Service MD 1MOC2G-4050 Cincinnati, OH 45274-0789** | X | - | | | | | | 1,308.31 |
| Account No. **xxxx-xxxx-xxxx-9771** | | | | open account | | | | |
| **Fifth Third Bank - Customer Service MD 1MOC2G-4050 38 Fountain Square Plaza Cincinnati, OH 45263** | | - | | | | | | 18,776.30 |
| Account No. **xxxx-xxxx-xxxx-4076** | | | | open account | | | | |
| **First Equity P. O. Box 23029 Columbus, GA 31902-3029** | | - | | | | | | 2,440.74 |
| Account No. **xxxxxxxx4631** | | | | open account | | | | |
| **Fleet Services P. O. Box 6293 Carol Stream, IL 60197-5293** | X | - | | | | | | 2,359.56 |
| Account No. **xxGxxxxxx2300** | | | | open account | | | | |
| **Ice Mountain 6661 Dixie Highway, Suite 4 Louisville, KY 40258** | X | - | | | | | | 52.41 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      24,937.32

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Flameout Fire Protection, Inc.** _____,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **John Mulryan** 16641 Finley Parkway Lockport, IL 60441 | - | | | | former officer, director and shareholder past due salary and claims | X | X | X | **Unknown** |
| Account No. **John Mulryan c/o Steven B. Levit** Levit & Lipschujz 1120 West Belmont Avenue Chicago, IL 60657 | - | | | | notice purpose only | | | | **0.00** |
| Account No. **Rome Metal Mfg., Inc.** 4612 West Ohio Street Chicago, IL 60644 | X - | | | | open account | | | | **78.95** |
| Account No. **Steffens & Styka, P. C.** 1803A Hicks Road Rolling Meadows, IL 60008 | X - | | | | open account | | | | **280.00** |
| Account No. **xxxxxxxxxx-x0001** **Swift Financial** P. O. Box 3023 Milwaukee, WI 53201-3023 | - | | | | open account | | | | **11,864.54** |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **12,223.49**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Flameout Fire Protection, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Timothy K. Peterson<br>1135 Patriot Drive<br>New Lenox, IL 60451 | | - | | | former officer, director, and shareholder past due salary and claims | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-7610**<br><br>US Bank<br>Cardmember Service<br>P. O. Box 6353<br>Fargo, ND 58125-6353 | X | - | | | open account | | | | 15,072.63 |
| Account No. **xxxx-xxxx-xxxx-7282**<br><br>Wells Fargo<br>P. O. Box 348750<br>Sacramento, CA 95834 | X | - | | | open account | | | | 43,501.08 |
| Account No. **A0NEBV**<br><br>Yellow Book<br>Attn:  Customer Service<br>P. O. Box 3162<br>Cedar Rapids, IA 52406-3162 | X | - | | | open account | | | | 88.00 |
| Account No. | | | | | | | | | |

Sheet no. __6___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **58,661.71**

Total
(Report on Summary of Schedules)    **346,594.25**

B6G (Official Form 6G) (12/07)

In re    **Flameout Fire Protection, Inc.**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ford Credit**<br>**P. O. Box 537901**<br>**Livonia, MI 48153-7901** | **lease on 2007 Ford Escape** |
| **Terry Weber, landlord**<br>**1543 Bayhill Drive**<br>**New Lenox, IL 60451** | **business lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Flameout Fire Protection, Inc.**
_____,   Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Timothy K. Peterson** | **Bank of America**<br>**P. O. Box 15184**<br>**Wilmington, DE 19850-5184** |
| **Timothy K. Peterson** | **Bank of America**<br>**P. O. Box 15027**<br>**Wilmington, DE 19850-5027** |
| **Timothy K. Peterson** | **Bank of America**<br>**P. O. Box 21848**<br>**Greensboro, NC 27420-1848** |
| **Timothy K. Peterson** | **Bank of America**<br>**P. O. Box 15184**<br>**Wilmington, DE 19850-5184** |
| **Timothy K. Peterson** | **Wells Fargo**<br>**P. O. Box 348750**<br>**Sacramento, CA 95834** |
| **Timothy K. Peterson** | **Capital One**<br>**P. O. Box 30273**<br>**Salt Lake City, UT 84130-0273** |
| **Timothy K. Peterson** | **AT&T**<br>**P. O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **Timothy K. Peterson** | **Fifth Third Bank - Customer Service**<br>**MD 1MOC2G-4050**<br>**Cincinnati, OH 45274-0789** |
| **Timothy K. Peterson** | **Citibusiness Card**<br>**P. O. Box 44180**<br>**Jacksonville, FL 32231-4180** |
| **Timothy K. Peterson** | **Crissie Insurance Group**<br>**1700 Higgins Road, Suite 320**<br>**Des Plaines, IL 60018** |
| **Timothy K. Peterson** | **Capital One**<br>**P. O. Box 6492**<br>**Carol Stream, IL 60197-6492** |
| **Timothy K. Peterson** | **Advanta Bank Corp**<br>**P. O. Box 8088**<br>**Philadelphia, PA 19101-8088** |

**2**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

In re  **Flameout Fire Protection, Inc.**                                    , Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Timothy K. Peterson** | **Buckeye Fire Equipment Company**<br>**Attention:  Marie Matola, AR Dept.**<br>**110 Kings Road**<br>**Kings Mountain, NC 28086** |
| **Timothy K. Peterson** | **Steffens & Styka, P. C.**<br>**1803A Hicks Road**<br>**Rolling Meadows, IL 60008** |
| **Timothy K. Peterson** | **Comed**<br>**P. O. Box 6111**<br>**Carol Stream, IL 60197-6111** |
| **Timothy K. Peterson** | **Ice Mountain**<br>**6661 Dixie Highway, Suite 4**<br>**Louisville, KY 40258** |
| **Timothy K. Peterson** | **Yellow Book**<br>**Attn:  Customer Service**<br>**P. O. Box 3162**<br>**Cedar Rapids, IA 52406-3162** |
| **Timothy K. Peterson** | **Brooks Equipment**<br>**P. O. Box 481888**<br>**Charlotte, NC 28269** |
| **Timothy K. Peterson** | **Capital One**<br>**P. O. Box 6492**<br>**Carol Stream, IL 60197-6492** |
| **Timothy K. Peterson** | **AT&T**<br>**P. O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **Timothy K. Peterson** | **Fleet Services**<br>**P. O. Box 6293**<br>**Carol Stream, IL 60197-5293** |
| **Timothy K. Peterson** | **US Bank**<br>**Cardmember Service**<br>**P. O. Box 6353**<br>**Fargo, ND 58125-6353** |
| **Timothy K. Peterson** | **Dex**<br>**Attention:  Customer Care**<br>**1615 Bluff City Highway**<br>**Bristol, TN 37620** |
| **Timothy K. Peterson** | **Deluxe**<br>**P. O. Box 88042**<br>**Chicago, IL 60680-1042** |

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Flameout Fire Protection, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Timothy K. Peterson** | **Rome Metal Mfg., Inc.**<br>**4612 West Ohio Street**<br>**Chicago, IL 60644** |
| **Timothy K. Peterson** | **BatteriesPlus**<br>**16205-A South Harlem Avenue**<br>**Tinley Park, IL 60477** |
| **Timothy K. Peterson** | **Chase**<br>**Cardmember Service**<br>**P. O. Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Timothy K. Peterson** | **Financial Pacific**<br>**3455 South 344th Way, #300**<br>**Federal Way, WA 98001-9546** |
| **Timothy K. Peterson** | **Ford Credit**<br>**P. O. Box 537901**<br>**Livonia, MI 48153-7901** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Flameout Fire Protection, Inc.**        Case No. _____

Debtor(s)       Chapter   **7**_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**19**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 16, 2009**_____      Signature    **/s/ Timothy K. Peterson**_____

                                                        **Timothy K. Peterson**

                                                        **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Flameout Fire Protection, Inc.**                Case No.   _____

                                      Debtor(s)          Chapter    **7**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$469,170.00** | **2008 - gross income** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT               SOURCE

2

### 3. Payments to creditors

None
■ *Complete a. or b., as appropriate, and c.*

   a.  *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attachment** | | **$0.00** | **$0.00** |
| **Hinsdale Bank and Trust** | **09/09 - Payment for one of the Astro vans** | **$3,000.00** | **$0.00** |

None
■    c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Grochocinski Grochocinski & Lloyd 1900 Ravinia Pl. Orland Park, IL 60462** | **8/11/09** | **$3,799.00** |

4

### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **John Mulryan, Former Officer of Director** | **09/09** | **1999 Chevrolet Astro Van - title transferred in exchange for payment of loan balance by Mulryan to Hinsdale Bank and Trust. (value of van less than amount paid to bank)** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None  ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None  ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Cook County Fire Protection** | | | **sole proprietorship absorbed by debtor when John Mulryan became a shareholder** | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Steffens & Styka, P. C.**<br>**1803A Hicks Road**<br>**Rolling Meadows, IL 60008** | **1993  through present** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Steffens & Styka, P. C.** | **1803A Hicks Road**<br>**Rolling Meadows, IL 60008** | |

7

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐       of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS
**Steffens & Styka, P. C.**                             **1803A Hicks Road**
                                                        **Rolling Meadows, IL 60008**

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■       issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■       and the dollar amount and basis of each inventory.

                                                        DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY          INVENTORY SUPERVISOR         (Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                   RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                        NATURE AND PERCENTAGE
NAME AND ADDRESS                    TITLE               OF STOCK OWNERSHIP
**Timothy K. Peterson**             **President**       **50%**

**John Mulryan**                    **Secretary**       **50%**

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
☐       commencement of this case.

NAME                       ADDRESS                      DATE OF WITHDRAWAL
**John Mulryan**                                        **8/12/09**

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE               DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Timothy K. Peterson** | **weekly for 25 weeks in 2009** | **estimate amount $17,500.00 - salary** |
| **John Mulryan** | **weekly for first 25 weeks in 2009 and then 8/10/09, 8/13/09, and  8/21/09** | **estimate amount $21,110.00 - salary/withdrawals** |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **September 16, 2009**              Signature   **/s/ Timothy K. Peterson**
                                                       **Timothy K. Peterson**
                                                       **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | | | | | | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9071 | 6/5 | Tim Payck | 8/3 | 45 | ✓ | | | | -338 | 51 |
| 9072 | 6/8 | Jim Contract | 100 | 00 | | | | | -438 | 51 |
| — | 6/8 | Deposit | | | ✓ | | 55 | 00 | -383 | 51 |
| | 6/8 | Deposit | | | ✓ | | 1103 | 00 | 719 | 49 |
| | 6/8 | Deposit | | | ✓ | | 481 | 23 | 1200 | 71 |
| | 6/2 | CC Fees | 20 | 96 | ✓ | | | | 1179 | 53 |
| | 6/2 | 5/16 Apj | 6 | 15 | ✓ | | | | 1175 | 58 |
| | 6/2 | AEFee | 5 | 95 | ✓ | | | | 1166 | 63 |
| | 6/9 | Deposit | | | ✓ | | 823 | 00 | 1989 | 63 |
| 9073 | 6/9 | BoA 2373 | 700 | 00 | ✓ | | | | 1289 | 63 |
| 9074 | 6/9 | John Petty Cash | 50 | 00 | ✓ | | | | 1239 | 63 |
| 9075 | 6/9 | Jim Petty Cash | 15 | 00 | ✓ | | | | 1224 | 63 |
| | 6/11 | CC Deposit | | | | | 20 | 00 | 1244 | 63 |
| 9076 | 6/11 | Jim Contract | 516 | 00 | ✓ | | | | 718 | 63 |
| 9077 | 6/11 | John Comm. | 60 | 00 | ✓ | | | | 668 | 63 |
| | 6/11 | Deposit | | | ✓ | | 4512 | 15 | 5180 | 78 |
| | 6/11 | Fed | 27 | 00 | | | | | | |
| | 6/11 | State | 11 | 52 | ✓ | | | | | |
| | 6/11 | Fict | 42 | 85 | | | | | | |
| | 6/11 | CAR | 2665 | | ✓ | | | | | |
| 9078 | 6/11 | Mike Payck | 279 | 98 | ✓ | | | | 4900 | 80 |
| | 6/12 | Deposit | | | ✓ | | 288 | 00 | 5188 | 80 |
| | 6/8 | OD Protection | | | ✓ | | 433 | 91 | 5622 | 71 |
| 9079 | 6/12 | 5/5 Cash | 400 | 00 | ✓ | | | | 5222 | 71 |
| | 6/12 | Fed | 20 | 00 | | | | | | |
| | 6/12 | State | 21 | 00 | | | | | | |
| | 6/12 | FICA | 33 | 57 | | | | | | |
| 9050 | 6/12 | John Payck | 605 | 45 | ✓ | | | | 4612 | 26 |

PROTECT YOUR ACCOUNT - KEEP CHECKS IN A SAFE PLACE. IF THEY ARE LOST OR STOLEN, NOTIFY YOUR FINANCIAL INSTITUTION IMMEDIATELY.

Last Paycheck → 7/10/09

AD-Automatic Deposit   AP-Automatic Payment   ATM-Teller Machine   DC-Debit Card   T-Tax Deductible   TT-Telephone Transfer

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | 6/12 | Fed | 12 00 | | | | 4617 26 |
| | 6/12 | State | 21 00 | | | | |
| | 6/12 | FICA | 53 55 | | | | |
| 9051 | 6/12 | Tim Peyck | 613 45 | ✓ | | | |
| | 6/12 | Deposit | | ✓ | 1579 73 | 4003 81 | |
| 9052 | 6/12 | Hartford Ins | 86 50 | ✓ | | 5583 54 | |
| 9053 | 6/12 | Stl Mun | 550 00 | ✓ | | 4717 04 | |
| 9054 | 6/12 | Hasberg Co. | 298 00 | ✓ | | 4167 04 | |
| 9055 | 6/12 | Brooks | 78 59 | ✓ | | 3868 44 | |
| 9056 | 6/12 | Standard FTR | 188 58 | ✓ | | 3789 85 | |
| 9057 | 6/12 | State License | 300 00 | ✓ | | 3601 27 | |
| 9058 | 6/12 | Eric Conther | 550 00 | ✓ | | 3301 27 | |
| | 6/12 | Deposit | | ✓ | 547 00 | 2751 27 | |
| 9059 | 6/15 | 5/3 OD | 300 00 | ✓ | | 7798 27 | |
| 9060 | 6/15 | 941 Tax | 1172 70 | ✓ | | 7498 27 | |
| | 6/15 | Deposit | | ✓ | 490 00 | 6325 57 | |
| 9061 | 6/15 | Capone | 1294 00 | ✓ | | 6815 57 | |
| | 6/16 | Savings Close | 34 00 | ✓ | | 5521 57 | |
| | 6/19 | OD Fee | 10 00 | ✓ | | 5484 57 | |
| 9062 | 6/15 | IL-501 | 62 60 | ✓ | | 5474 57 | |
| | 6/15 | Deposit | | ✓ | | 5311 97 | |
| | 6/15 | Auto Debit | 261 95 | ✓ | 620 00 | 5931 97 | |
| 9063 | 6/16 | Deposit | | ✓ | 79 00 | 5670 02 | |
| | 6/15 | CMFP | 547 00 | ✓ | | 749 02 | |
| 9064 | 6/16 | Capone | 200 00 | ✓ | | 702 02 | |
| 9065 | 6/17 | DEX | 64 50 | ✓ | | 502 02 | |
| | | Deposit | | ✓ | 10 00 | 437 52 | |
| 9066 | 6/17 | ATT | 48 02 | ✓ | | 447 52 | |
| | | | | | | 399 52 | |

PROTECT YOUR ACCOUNT — USE CHECKS IN SEQUENTIAL ORDER. RECONCILE STATEMENTS PROMPTLY.

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | | ✓ | FEE | DEPOSIT AMOUNT | | $ | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 379 | 52 |
| 9067 | 6/17 | AT+T | 20 | 27 | ✓ | | | | 359 | 24 |
| 9068 | 6/17 | Nicor | 61 | 00 | ✓ | | | | 298 | 24 |
| | 6/18 | CC Dessit Costco | | | ✓ | | 322 | 00 | 620 | 24 |
| | 6/18 | Deposit | | | ✓ | | 206 | 00 | 826 | 24 |
| 9069 | 6/19 | B.A 3699 | 300 | 00 | ✓ | | | | 526 | 24 |
| | 6/19 | Deposit | | | ✓ | | 739 | 00 | 1265 | 24 |
| 9070 | 6/18 | Jim Contract | 416 | 00 | ✓ | | | | 849 | 24 |
| 9071 | 6/18 | Jim Cumm. | 90 | 02 | ✓ | | | | 759 | 22 |
| | 6/18 | Fee | 23 | 00 | | | | | | |
| | 6/18 | State | 11 | 62 | | | | | | |
| | 6/18 | FICA | 42 | 85 | | | | | | |
| 9072 | 6/18 | Mike Prock | 306 | 63 | ✓ | | | | 452 | 59 |
| | | Deposit | | | ✓ | | 3577 | | 3560 | 06 |
| | | | | | | | | | | |
| 9073 | 6/18 | John (Twer Fund) | 200 | 00 | ✓ | | | | 3360 | 06 |
| 9074 | 6/18 | Tim (Twer Fund) | 200 | 00 | ✓ | | | | 3160 | 06 |
| | 6/22 | Deposit | | | ✓ | | 152 | 00 | 3312 | 06 |
| 9076 | 6/19 | US Bank | 355 | 00 | ✓ | | | | 2962 | 06 |
| 9075 | 6/19 | ADcinta | 530 | 00 | ✓ | | | | 2432 | 06 |
| 9077 | 6/19 | AT+T | 140 | 60 | ✓ | | | | 2291 | 46 |
| | 6/22 | Deposit | | | ✓ | | 1085 | 70 | 3377 | 16 |
| 9078 | 6/19 | Eric Contract | 458 | 50 | ✓ | | | | 2918 | 66 |
| 9079 | 6/19 | 5/3 Line | 400 | 00 | ✓ | | | | 2518 | 66 |
| | 6/16 | CC 6/16 | | 98 | ✓ | | | | 2517 | 68 |
| 9080 | 6/22 | John NTwirFund | 300 | 00 | ✓ | | | | 2217 | 68 |
| 9081 | 6/22 | Tim (Twer Fund) | 300 | 00 | ✓ | | | | 1917 | 68 |
| 9082 | 6/22 | Rent | 850 | 00 | ✓ | | | | 1067 | 68 |
| | | Deposit | | | ✓ | | 407 | 60 | 1475 | 28 |
| | | Deposit | | | ✓ | | 800 | 00 | 2275 | 28 |

PROTECT YOUR ACCOUNT - SHRED CANCELLED CHECKS, UNUSED DEPOSIT TICKETS AND BANK STATEMENTS WHEN DISCARDING.

☐ AD-Automatic Deposit   ☐ AP-Automatic Payment   ☐ ATM-Teller Machine   ☐ DC-Debit Card   ☐ Tax Deductible   ☐ TT-Telephone Transfer

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | |
|---|---|---|---|---|---|---|---|
| 9083 | 6/23 | American Express | 1649 72 | ✓ | | $ 2275 28 | |
| 9084 | 6/23 | DirecTV | 70 99 | | | 630 56 | |
| | 6/24 | Deposit | | ✓ | | 559 57 | |
| 9085 | 6/24 | First Equity | 200 00 | ✓ | 642 00 | 1201 57 | |
| 9086 | 6/25 | J M Contract | 416 00 | ✓ | | 1001 57 | |
| | 6/25 | Direct to Pay | 300 00 | ✓ | | 585 57 | |
| | 6/26 | Deposit | | ✓ | | 285 57 | |
| | 6/26 | Fed | 23 00 | | 181 90 | 467 47 | |
| | 6/26 | State | 11 82 | | | | |
| | 6/26 | FICA | 42 85 | | | | |
| 9087 | 6/26 | Mike Punch | 306 63 | ✓ | | 160 84 | |
| | 6/29 | Deposit | | ✓ | 565 69 | 726 83 | |
| | 6/28 | Deposit | | ✓ | 2415 12 | 3141 65 | |
| | | | | | | | |
| 9088 | 6/26 | Wells Fargo | 300 00 | ✓ | | 2841 65 | |
| | 7/1 | Deposit | | ✓ | 7.130 | 3572 95 | |
| 9089 | 6/26 | BOA | 500 00 | ✓ | | 3042 95 | |
| 9090 | 6/26 | Fair Contract | 420 75 | ✓ | | 2622 20 | |
| 9091 | 6/30 | Van Licensing | 200 00 | ✓ | | 2422 20 | |
| | 7/1 | Deposit | | ✓ | 317 95 | 2740 15 | |
| 9092 | 6/30 | Insurance WC | 1310 00 | ✓ | | 1430 15 | |
| | 6/17 | CC Tims | | 61 | ✓ | | 1429 54 |
| 9093 | 6/30 | J Print | 502 66 | ✓ | | 926 88 | |
| 9094 | 7/1 | BoA 6226 | 200 00 | ✓ | | 726 88 | |
| | 7/2 | Deposit | | ✓ | 4531 00 | 5257 88 | |
| 9095 | 7/1 | Swift | 300 00 | ✓ | | 4957 88 | |
| | 7/2 | Dep | | | 20 00 | 4977 88 | |
| 9096 | 7/2 | CJ Bank | 500 00 | ✓ | | 4477 88 | |
| 9097 | 7/2 | Van Payment | 176 82 | | | 4301 06 | |

PROTECT YOUR ACCOUNT! – WHEN WRITING A CHECK, START AT THE FAR LEFT. DO NOT LEAVE SPACE FOR EXTRA NUMBERS TO BE WRITTEN.

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ 4361.06 |
|---|---|---|---|---|---|---|---|
| | 7/2 | Fed | 20 00 | | | | |
| | 7/2 | State | 21 00 | | | | |
| | 7/2 | FICA | 53 55 | | | | |
| 9098 | 7/2 | John Paycheck | 605 95 | ✓ | | | 3695 61 |
| | 7/2 | Fed | 12 00 | | | | |
| | 7/2 | State | 21 00 | | | | |
| | 7/2 | FICA | 53 55 | | | | |
| 9099 | 7/2 | Tim Paycheck | 613 45 | ✓ | | | 3082 16 |
| 9100 | 7/2 | Insurance | 1634 00 | | | | 1448 16 |
| 9101 | 7/2 | Cash Mike Contract | 240 00 | ✓ | | | 1208 16 |
| 9102 | 7/2 | Jim Contract | 416 00 | ✓ | | | 792 16 |
| 9103 | 7/2 | Acct Annis | 317 50 | ✓ | | | 474 66 |
| | 7/6 | Deposit | | | | 407 13 | 881 77 |
| | | | | | | | |
| | 7/6 | Costco Deposit cc | | ✓ | | 47 00 | 928 77 |
| 9104 | 7/2 | AT+T | 36 66 | ✓ | | | 892 13 |
| 9105 | 7/2 | USAA Life | 119 25 | ✓ | | | 772 88 |
| 9106 | 7/2 | Yellow Book | 82 00 | ✓ | | | 690 88 |
| 9107 | 7/2 | Cameo | 54 91 | ✓ | | | 635 97 |
| 9108 | 7/6 | Citi Card | 400 00 | ✓ | | | 235 97 |
| | 7/6 | Deposit | | ✓ | | 395 00 | 630 97 |
| | 7/6 | Deposit | | ✓ | | 412 20 | 1043 17 |
| | 6/30 | OD Transfer | | ✓ | | 106 10 | 1199 27 |
| | 6/30 | OD Fee | 60 00 | ✓ | | | 1139 27 |
| | 7/2 | CC Fees | 14 95 | ✓ | | | 1114 32 |
| | 7/3 | AF Fee | 7 95 | ✓ | | | 1106 37 |
| c | 7/8 | Deposit | | ✓ | | 574 13 | 1680 50 |
| 9109 | 7/6 | Ford Credit | 395 30 | ✓ | | | 1285 20 |
| 9110 | 7/6 | Capone | 1000 00 | ✓ | | | 285 |

PROTECT YOUR ACCOUNT - USE CHECKS IN SEQUENTIAL ORDER. RECONCILE STATEMENTS PROMPTLY.

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ 285 30 |
|---|---|---|---|---|---|---|---|
| | 7/ | Deposit | $ | ✓ | $ | 1723 00 | 2008 30 |
| 9111 | 7/7 | NuWay Disposal | 116 86 | ✓ | | | 1891 64 |
| 9112 | 7/7 | Direct V | 70 99 | ✓ | | | 1820 65 |
| 9113 | 7/7 | IMI | 80 10 | ✓ | | | 1740 55 |
| | | | | ✓ | | | |
| 9114 | 7/7 | John | 30 00 | ✓ | | | 1710 55 |
| 9115 | 7/7 | Dex | 76 56 | ✓ | | | 1634 05 |
| 9116 | 7/7 | Att | 43 06 | ✓ | | | 1590 99 |
| 9117 | 7/7 | Ice Mountain | 29 18 | ✓ | | | 1561 81 |
| 9118 | 7/7 | Nicor | 61 00 | ✓ | | | 1500 81 |
| 9119 | 7/7 | Mike License | 20 00 | ✓ | | | 1480 81 |
| 9120 | 7/8 | JIM Contract | 312 00 | ✓ | | | 1168 81 |
| | 7/9 | Deposit | | ✓ | | 118 00 | 1286 71 |
| 9121 | 7/9 | John Pettycash | 39 00 | ✓ | | | 1247 81 |
| 9122 | 7/9 | IL Dept of Rev.Liter | 34 00 | ✓ | | | 1213 81 |
| | 7/9 | Deposit | | ✓ | | | |
| 9123 | 7/9 | Eric Contract | 453 40 | ✓ | | | 759 41 |
| 9124 | 7/9 | Mike Contract | 320 00 | ✓ | | | 439 41 |
| | 7/10 | Deposit | | ✓ | | 2569 65 | 3009 56 |
| 9125 | 7/10 | BoA | 700 00 | ✓ | | | 2309 56 |
| 9126 | 7/10 | 5/3 Card | 255 00 | ✓ | | | 2054 56 |
| | 7/10 | Deposit | | ✓ | | 800 00 | 2854 56 |
| 9127 | 7/10 | John Twp | 250 00 | ✓ | | | 2604 56 |
| 9128 | 7/10 | TIM Twp | 250 00 | ✓ | | | 2354 56 |
| Online | 7/13 | Gas City Online | 2028 07 | ✓ | | | 326 49 |
| | 7/13 | Deposit | | ✓ | | 180 00 | 506 49 |
| 9129 | 7/13 | 1/3 OD | 100 00 | ✓ | | | 406 49 |
| | 7/14 | Deposit | | ✓ | | 96 00 | 502 49 |

PROTECT YOUR ACCOUNT - USE DARK INK WHEN WRITING CHECKS. NEVER USE PENCIL OR ERASABLE INK.

☑ AD-Automatic Deposit    ☑ AP-Automatic Payment    ☑ ATM-Teller     Debit Card        TT-Telephone Transfer

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | | ✓ | FEE | DEPOSIT AMOUNT | $ | 50 2 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7/16 | DePosiT | $ | | ✓ | | 309 81 | 812 | 30 |
| | 7/16 | DePosiT | | | | | 446 10 | 1258 | 40 |
| 9130 | 7/14 | Cap one | 1294 06 | | | | | — 35 | 66 |
| | | DePosiT | | | ✓ | | 1282 25 | 1246 | 59 |
| 8878 | 7/17 | JiM ConTRact | 416 | 00 | ✓ | | | 830 | 59 |
| | 7/17 | Mike Contract | 320 | 00 | | | | 510 | 59 |
| | 7/17 | Eric ConTRact | 520 | 00 | | | | — 9 | 41 |
| 9131 | 7/17 | VOiD  VOHD | 14 | 04 | ✓ | | VOiD | | |
| | 7/15 | AuTo DebiT | 261 | 95 | ✓ | | | — 271 | 36 |
| | 7/20 | DePosiT | | | | | 1000 00 | 728 | 64 |
| 9133 | 7/20 | Chase | 850 | 00 | | | | 71 | 36 |
| | 7/20 | DePosiT | | | | | 547 30 | 618 | 66 |
| 9132 | 7/20 | VJ Bank | 350 | 00 | | | | 268 | 66 |
| | 7/20 | OD Fee | 10 | 00 | ✓ | | | 258 | 66 |
| | 7/20 | OD Transfer | | | ✓ | | 92 73 | 351 | 39 |
| | 7/20 | SerVice Charge | 25 | 00 | ✓ | | | 326 | 39 |
| | 7/ | Cc DePosiT | | | | | 49 00 | 375 | 39 |
| 9135 | 7/20 | CuRRine | 150 | 00 | | | | 225 | 39 |
| 9136 | 7/20 | BoA 3699 | 100 | 00 | | | | 125 | 39 |
| 9137 | 7/20 | TiM Pettijohn | 25 | 00 | | | | 100 | 39 |
| | 7/22 | DePosiT | | | | | 951 68 | 1052 | 07 |
| | | DePosiT | | | | | 137 95 | 1190 | 02 |
| 9138 | 7/20 | John Cash | 30 | 00 | | | | 1160 | 02 |
| 9139 | 7/22 | 5/3 LiNe | 300 | 00 | | | | 860 | 02 |
| 9140 | 7/22 | John (TWGP) | 100 | 00 | | | | 760 | 02 |
| 9141 | 7/22 | TiM (TWGP) | 100 | 00 | | | | 660 | 02 |
| | | DePosiT | | | | | 1140 00 | 1800 | 02 |
| 9142 | 7/23 | InsuRance | 135 | 00 | | | | 1665 | 02 |

PROTECT YOUR ACCOUNT – WHEN WRITING A CHECK, START AT THE FAR LEFT. DO NOT LEAVE SPACE FOR EXTRA NUMBERS TO BE WRITTEN.

AD-Automatic Deposit   AP-Automatic Payment   ATM-Teller Machine

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1665 02 |
| 9143 | 7/23 | Discover Card | 250 00 | | | | 1415 02 |
| 9144 | 7/23 | First Equity Card | 100 00 | | | | 1315 02 |
| | 7/23 | Deposit | | | | 4111 68 | 5426 70 |
| 9145 | 7/23 | JM | 416 00 | | | | 5010 70 |
| | 7/28 | Deposit | | | | 82 00 | 5092 70 |
| 9146 | 7/24 | Eric | 434 85 | | | | 4657 85 |
| 9147 | 7/24 | John (TWLP) | 100 00 | | | | 4557 85 |
| 9148 | 7/24 | Tim (TWLP) | 100 00 | | | | 4457 85 |
| | 7/24 | Deposit | | | | 61 00 | 4518 85 |
| 9149 | 7/25 | Mike Contin | 320 00 | | | | 4198 85 |
| | 7/25 | Fed | 12 00 | | | | |
| | 7/25 | State | 21 00 | | | | |
| | 7/25 | FICA | 53 55 | | | | |
| | | | | | | | 3585 70 |
| 9150 | 7/25 | Tim Pack | 613 75 | | | | 3585 70 |
| | 7/25 | Fed | 20 00 | | | | |
| | 7/25 | State | 21 50 | | | | |
| | 7/25 | FICA | 53 55 | | | | |
| 9151 | 7/25 | John Pack | 605 75 | | | | 2974 95 |
| | 7/29 | CC Deposit | | | | 10 00 | 2987 95 |
| 9152 | 7/26 | Hughes Co | 238 85 | | | | 2751 10 |
| 9153 | 7/26 | Scaent | 500 00 | | | | 2250 44 |
| 9154 | 7/26 | Brooks | 1600 00 | | | 990 61 | 1641 05 |
| | | Deposit | | | | | 1806 47 |
| 9155 | 7/26 | AT+T | 134 58 | | | | 1006 47 |
| 9156 | 7/28 | B+A 7699 | 500 00 | | | 124 00 | 1130 47 |
| | | Deposit | | | | | 830 47 |
| 9157 | 7/30 | JSwift | 300 00 | ✓ | | | 417 47 |
| 9158 | | Jim Contract | 416 00 | ✓ | | | |

PROTECT YOUR ACCOUNT – KEEP CHECKS IN A SAFE PLACE. IF THEY ARE LOST OR STOLEN, NOTIFY YOUR FINANCIAL INSTITUTION IMMEDIATELY.

⑈⑈ ⑊⑊⑊⑊ ⑈⑈⑊⑊⑊⑊⑈⑈ 4183

AD-Automatic Deposit  AP-Automatic Payment  ATM-Teller Machine  Debit Card  TT-Telephone Transfer

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ 419 47 |
|---|---|---|---|---|---|---|---|
| | | | | | | | 164 47 |
| 9159 | 7/30 | John (TWGA) | $250 00 | ✓ | | | |
| | | Deposit | | | | 776 20 | 940 67 |
| 9160 | 7/30 | Tim (TWGA) | 250 00 | ✓ | | | 690 67 |
| 9161 | 8/3 | Eric | 520 00 | ✓ | | | 170 67 |
| | 8/4 | Deposit | | | | 1398 50 | 1569 17 |
| 9162 | 8/4 | Ford Credit | 381 51 | ✓ | | | 1187 66 |
| 9163 | 8/3 | ST-1 June | 1039 00 | ✓ | | | 148 66 |
| | 8/5 | Deposit | | | | 2595 40 | 2744 06 |
| | 8/5 | CC Deposit | | | | 90 95 | 2835 01 |
| 9164 | 8/5 | ST-1 July | 1116 00 | ✓ | | | 1719 01 |
| 9165 | 8/5 | Grant W Haskins | 239 85 | ✓ | | | 1479 16 |
| 9166 | 8/5 | Petty Cash | 200 00 | ✓ | | | 1279 16 |
| 9167 | 8/6 | Eric | 312 00 | ✓ | | | 967 16 |
| | | | | | | | |
| 9168 | 8/6 | Tim May | 312 00 | ✓ | | | 667 16 |
| | 8/15 | Van Payment | 261 95 | ✓ | | | 405 21 |
| | 8/3 | OD Protection | | ✓ | | 117 00 | 522 21 |
| | 8/6 | Deposit | | | | 658 86 | 1839 93 |
| 9169 | 8/6 | 941 Fed. | 606 56 | ✓ | | | 1233 37 |
| 9170 | 8/6 | IL-941 | 111 96 | ✓ | | | 1121 41 |
| 9171 | 8/6 | WC-310 Tex | 94 98 | ✓ | | | 1026 43 |
| 9172 | 8/6 | 940 Tex | 3 01 | ✓ | | | 1023 42 |
| 9173 | 8/6 | CMEP | 927 33 | ✓ | | | 96 09 |
| | 8/7 | Deposit | | | | 768 24 | 864 33 |
| 9174 | 8/7 | Rent (July) | 850 00 | ✓ | | | 14 33 |
| | 8/8 | Deposit | | | | 451 00 | 465 33 |
| 9175 | 8/8 | Haskins Co | 391 15 | ✓ | | | 74 18 |
| | 8/10 | Deposit | | | | 521 88 | 596 06 |
| | 8/10 | Deposit | | | | 93 60 | 689 66 |

PROTECT YOUR ACCOUNT - SHRED CANCELLED CHECKS, UNUSED DEPOSIT TICKETS AND BANK STATEMENTS WHEN DISCARDING.

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ 689 06 |
|---|---|---|---|---|---|---|---|
| | 8/11 | Deposit | | | | 4770 00 | 5459 06 |
| 9176 | 8/11 | CMFF | 1175 84 | ✓ | | | 4283 22 |
| 9177 | 8/11 | Flameout Law Fees | 3799 00 | ✓ | | | 484 22 |
| 8881 | 8/12 | John Residence Withdraw | 600 00 | ✓ | | | -115 78 |
| | 8/14 | Deposit | | ✓ | | 167 00 | 48 22 |
| 8882 | 8/14 | John Residence Withdraw | 600 00 | ✓ | | | -557 78 |
| | 8/18 | Deposit | | ✓ | | 556 71 | -295 07 |
| | 8/18 | Deposit | | ✓ | | 1492 02 | 1196 95 |
| 9178 | 8/18 | Flameout Law Fees | 1000 00 | ✓ | | | 196 95 |
| | 8/13 | Current CC Acct | 9 37 | ✓ | | | 187 58 |
| | 8/3 | OD Transfer Fee | 10 00 | ✓ | | | 177 58 |
| | 8/4 | AE Fee | 7 95 | ✓ | | | 169 63 |
| | 8/12 | Service Charge | 25 00 | ✓ | | | 144 63 |
| | | | | | | | |
| | 8/14 | John Current | 10 00 | ✓ | | | 134 63 |
| | 8/14 | Overdraft Fee, John | | ✓ | 61 00 | | 77 63 |
| | 8/14 | OD Fee | 10 00 | ✓ | | | 234 63 |
| 9179 | 8/18 | Flameout Law Fees | 500 00 | ✓ | | | 234 63 |
| | 8/19 | Deposit | | ✓ | | 2869 00 | 3103 63 |
| 9180 | 8/19 | Flameout Law Fees | 1000 00 | ✓ | | | 2103 63 |
| | 8/21 | Deposit | | ✓ | | 660 50 | 2764 13 |
| 9181 | 8/14 | John Current Contract | 850 00 | ✓ | 286 00 | | 3050 13 |
| | 8/24 | Deposit | | ✓ | Void | 2200 00 | 2200 13 |
| | 8/24 | Deposit | | ✓ | | 864 00 | 3064 13 |
| | | OD Transferred | | ✓ | 271 95 | | 3336 08 |
| 8883 | 8/26 | John Residence Withdraw | 2400 00 | ✓ | | | 936 08 |
| | 8/28 | OD Fee | 10 00 | ✓ | | | 826 08 |
| | | Deposit | | | | 110 00 | 936 08 |
| | 8/3 | Deposit | | | | | 936 08 |

PROTECT YOUR ACCOUNT - WHEN WRITING A CHECK, START AT THE FAR LEFT, DO NOT LEAVE SPACE FOR EXTRA NUMBERS TO BE WRITTEN.

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 547.52 |
| 9182 | 9/3 | Rent Argust. sprint | 500.00 | | | | 48.12 |
| | 9/6 | Deposit | | | | 439.00 | 487.12 |
| 9183 | 9/8 | IL. Dept. of Rev. | 142.50 | | | | 340.02 |
| 9124 | 9/8 | Irs 991 Underpay | 30.98 | | | | 309.04 |

PROTECT YOUR ACCOUNT - USE CHECKS IN SEQUENTIAL ORDER, RECONCILE STATEMENTS PROMPTLY.

⑆071923909⑆ 5000180521⑈ 9185

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Flameout Fire Protection, Inc.** _____
                                            Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept................................................... | $ | **3,500.00** |
| Prior to the filing of this statement I have received...................................... | $ | **3,500.00** |
| Balance Due.................................................................................................. | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        **In Chapter 13, all other purposes required by Local Rule 2090-5, but not including any adversary proceeding**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Other than in Chapter 13 cases, representation in adversary proceedings, lien avoidances, relief from stay motions, or any other contested motions**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 16, 2009** _____

**/s/ David E. Grochocinski**
**David E. Grochocinski**
**Grochocinski Grochocinski & Lloyd**
**1900 Ravinia Pl.**
**Orland Park, IL 60462**
**708-226-2700  Fax: 708-226-9030**

---

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Flameout Fire Protection, Inc.**

Debtor(s)

Case No. _____

Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **66**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 16, 2009**            **/s/ Timothy K. Peterson**

**Timothy K. Peterson**/**President**
Signer/Title

Advanta Bank Corp
P. O. Box 8088
Philadelphia, PA 19101-8088


AT&T
P. O. Box 8100
Aurora, IL 60507-8100


AT&T
P. O. Box 8100
Aurora, IL 60507-8100


Bank of America
P. O. Box 15184
Wilmington, DE 19850-5184


Bank of America
P. O. Box 15027
Wilmington, DE 19850-5027


Bank of America
P. O. Box 21848
Greensboro, NC 27420-1848


Bank of America
P. O. Box 15184
Wilmington, DE 19850-5184


BatteriesPlus
16205-A South Harlem Avenue
Tinley Park, IL 60477


Brooks Equipment
P. O. Box 481888
Charlotte, NC 28269


Buckeye Fire Equipment Company
Attention: Marie Matola, AR Dept.
110 Kings Road
Kings Mountain, NC 28086


Capital One
P. O. Box 30273
Salt Lake City, UT 84130-0273

Capital One
P. O. Box 6492
Carol Stream, IL 60197-6492


Capital One
P. O. Box 6492
Carol Stream, IL 60197-6492


Chase
Cardmember Service
P. O. Box 15153
Wilmington, DE 19886-5153


Citibusiness Card
P. O. Box 44180
Jacksonville, FL 32231-4180


Comed
P. O. Box 6111
Carol Stream, IL 60197-6111


Crissie Insurance Group
1700 Higgins Road, Suite 320
Des Plaines, IL 60018


Deluxe
P. O. Box 88042
Chicago, IL 60680-1042


Dex
Attention: Customer Care
1615 Bluff City Highway
Bristol, TN 37620


Fifth Third Bank - Customer Service
MD 1MOC2G-4050
Cincinnati, OH 45274-0789


Fifth Third Bank - Customer Service
MD 1MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263

Financial Pacific
3455 South 344th Way, #300
Federal Way, WA 98001-9546


First Equity
P. O. Box 23029
Columbus, GA 31902-3029


Fleet Services
P. O. Box 6293
Carol Stream, IL 60197-5293


Ford Credit
P. O. Box 537901
Livonia, MI 48153-7901


Ford Credit
P. O. Box 537901
Livonia, MI 48153-7901


Ice Mountain
6661 Dixie Highway, Suite 4
Louisville, KY 40258


John Mulryan
16641 Finley Parkway
Lockport, IL 60441


John Mulryan c/o Steven B. Levit
Levit & Lipschujz
1120 West Belmont Avenue
Chicago, IL 60657


Rome Metal Mfg., Inc.
4612 West Ohio Street
Chicago, IL 60644


Steffens & Styka, P. C.
1803A Hicks Road
Rolling Meadows, IL 60008


Swift Financial
P. O. Box 3023
Milwaukee, WI 53201-3023

```
Terry Weber, landlord
1543 Bayhill Drive
New Lenox, IL 60451


Timothy K. Peterson
1135 Patriot Drive
New Lenox, IL 60451


Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson
```

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

Timothy K. Peterson

```
Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson


Timothy K. Peterson


US Bank
Cardmember Service
P. O. Box 6353
Fargo, ND 58125-6353

Wells Fargo
P. O. Box 348750
Sacramento, CA 95834

Yellow Book
Attn:  Customer Service
P. O. Box 3162
Cedar Rapids, IA 52406-3162
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Flameout Fire Protection, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Flameout Fire Protection, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 16, 2009**

Date

**/s/ David E. Grochocinski**

**David E. Grochocinski**

Signature of Attorney or Litigant

Counsel for   **Flameout Fire Protection, Inc.**

**Grochocinski Grochocinski & Lloyd**

**1900 Ravinia Pl.**
**Orland Park, IL 60462**
**708-226-2700 Fax:708-226-9030**